An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ALEX SORIA, D/B/A BIOGREEN TECK, LLC,<br><br>Appellant,<br><br>vs.<br><br>THE STATE OF NEVADA,<br><br>Respondent. | No. 67839 |

**FILED**

**SEP 0 9 2015**

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVAOA

(0) 1947A

15-27303

cc: Hon. Jessie Elizabeth Walsh, District Judge
Law Offices of Mitchell Posin, Chtd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Alex Soria